IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SUSAN ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV 1048 |
| | ) | |
| | ) | |
| DIVI HOTELS MARKETING, INC., | ) | |
| DR DIRECTORS, INC., DIVI ST. | ) | |
| MAARTEN HOLDING, N.V., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

it is hereby **ORDERED AND ADJUDGED** that the defendants' motion to dismiss, Doc.

12, is **GRANTED** and this case is **DISMISSED** without prejudice.

This the 29th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE